F. #2018R01745

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------X

UNITED STATES OF AMERICA

- against -

ANDRE WILBURN,

        Defendant.

------------------------X

P R O P O S E D   O R D E R

18-MJ-837 (VMS)

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Special Assistant United States Attorney Virginia Nguyen, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
       Jan. 17, 2019

                          /s/ RLM
                       _____
                       HONORABLE ROANNE L. MANN
                       UNITED STATES MAGISTRATE JUDGE
                       EASTERN DISTRICT OF NEW YORK