# INITIAL APPEARANCE CALENDAR

Magistrate Judge: **Peggy Kuo**　　　　　　　　　　　　Date: **2/19/19**

Magistrate Case Number: **19-147M / 18-837M**　　　　　LOG #: **3:53 - 3:56pm**

Defendant's Name: **Andre Wilburn**

__✓__ Court appointed counsel.　　_____ Defendant retained counsel.

Defense Counsel: **James Darrow**　　　FDNY: __✓__　　CJA _____　　RET: _____

A.U.S.A. **Virginia Nguyen**　　　　　　　　Clerk **E. Williams**

Interpreter: _____　　Language: _____

__✓__ ARRAIGNMENT on Complaint held.　　_____ Government Agent Sworn

_____ DETENTION HEARING Held: _____ Government opposed bail for reasons stated on the record.

____ Bond set at _____.　　_____ Bond set on consent of both parties.
　　　Defendant: ___ released　　___ held pending satisfaction of bond conditions.

_____ Defendant advised of bond conditions set by the Court and signed the bond.

_____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After detention hearing, Court orders detention in custody.　　_____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

__✓__ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Preliminary Hearing set for: **3/5/19 @ 11:00am** ; or　　____ waived by defendant

____ Status Conference set for: _____ before Judge _____

____ Medical memo issued.

____ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

____ Identity hearing held. Court　　_____ orders removal　　_____ denies removal

____ Defendant waives:　　___ identity hearing　　___ preliminary hearing

____ Identity/ Removal Hearing set for: _____

____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____